ANGELITA TOLLY *v.* DEPARTMENT
OF HUMAN RESOURCES
(10415)

FOTI, HEIMAN and FREEDMAN, Js.

Argued January 13—decision released January 28, 1992

*Ann McClure,* for the appellant (plaintiff).

*Judith Merrill Earl,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Richard J. Lynch,* assistant attorney general, for the appellee (defendant).

PER CURIAM. The result in this case is controlled by three prior decisions of this court: *Shapiro* v. *Carothers,* 23 Conn. App. 188, 579 A.2d 583 (1990); *Senie* v. *Carothers,* 22 Conn. App. 253, 576 A.2d 1312 (1990); and *DelVecchio* v. *Department of Income Maintenance,* 18 Conn. App. 13, 555 A.2d 1007 (1989).

Despite the invitation by the plaintiff to revisit this issue, we decline to do so. Nothing in these cases convinces us that they were wrongfully decided, decided on the basis of a flawed analysis, or represent aberrant appellate decisions as claimed in the appellant's brief.

The judgment is affirmed.